IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| M. KATHLEEN McKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Respondent | ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 22-cv-2292 <br> Judge Sheryl H. Lipman |

**MOTION OF WORKERS UNITED FOR LEAVE TO FILE REPLY**

Workers United hereby seeks leave to file a reply brief in support of its Motion to Intervene, *see* Dkt. 26. Workers United believes the reply would further aid the Court in assessing the parties' arguments. A reply brief is attached.

Respectfully submitted this 16th day of May 2022.

   */s/ Michael Schoenfeld*
   Michael Schoenfeld
   GA Bar No. 863727
   Admitted pro hac vice
   Stanford Fagan LLC
   2540 Lakewood Ave. SW
   Atlanta, GA 30315
   michaels@sfglawyers.com
   404-402-1220

   Mary Joyce Carlson
   DC Bar No. 987939
   Pro hac vice motion forthcoming
   Counsel to Workers United Starbucks Campaign
   1629 K St. NW, Suite 1050

1

Washington, DC 20006
carlsonmjj@yahoo.com
Tel: 202-230-4096

Ian Hayes
NY Bar No. 5265889
Pro hac vice motion forthcoming
Hayes Dolce
471 Voorhees Ave.
Buffalo, NY 14216
ihayes@hayesdolce.com
Tel: 716-608-3427

## CERTIFICATE OF SERVICE

      I certify that on May 16, 2022, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael Schoenfeld
Michael Schoenfeld

2