IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| M. KATHLEEN McKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br>    Petitioner,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Respondent. | No. 2:22-cv-02292-SHL-cgc |

## NOTICE OF APPEAL

Notice is hereby given that Respondent-Appellant, Starbucks Corporation ("Respondent-Appellant") appeals to the United States Court of Appeals for the Sixth Circuit, from the Order Granting in Part Petition for Temporary Injunction (Doc. 86) that was entered in this action on August 18, 2022.

Respectfully submitted this 21st day of August 2022.

| | |
|---|---|
| Timothy A. Rybacki<br>Tennessee Bar No. 034038<br>trybacki@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Commerce Street, Suite 1450<br>Nashville, Tennessee 37201<br>Telephone: 615.383.3033<br>Facsimile: 615.383.3323<br><br>A. John Harper III<br>Texas Bar No. 24032392<br>*pro hac vice granted*<br>ajharper@littler.com | /s/ Arthur T. Carter<br>Arthur T. Carter<br>Texas Bar No. 00792936<br>*pro hac vice granted*<br>atcarter@littler.com<br>LITTLER MENDELSON, P.C.<br>2001 Ross Avenue<br>Suite 1500, Lock Box 116<br>Dallas, Texas 75201-2931<br>Telephone: 214.880.8100<br>Facsimile: 214.880.0181 |

| | |
|---|---|
| LITTLER MENDELSON, P.C.<br>1301 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone:  713.951.9400<br>Facsimile:   713.951.9212 | Kimberly Doud<br>Florida Bar No. 0523771<br>*pro hac vice granted*<br>kdoud@littler.com<br>LITTLER MENDELSON, P.C.<br>Elizabeth B. Carter<br>Florida Bar No. 1032303<br>*pro hac vice granted*<br>111 North Orange Avenue, Suite 1750<br>Orlando, Florida 23801<br>Telephone:  407.393.2900<br>Facsimile:   407.393.2929 |

**ATTORNEYS FOR RESPONDENT STARBUCKS CORPORATION**

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 21st day of August 2022.

*/s/ Arthur T. Carter*
Arthur T. Carter