IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| M. KATHLEEN McKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Respondent. | No. 2:22-cv-02292-SHL-cgc |

**RESPONDENT'S EMERGENCY MOTION TO STAY PENDING APPEAL OR IN THE ALTERNATIVE EXTEND THE DEADLINE FOR COMPLIANCE**

    Respondent Starbucks Corporation ("Respondent"), by and through counsel, and pursuant to Federal Rule of Appellate Procedure 8, hereby files this emergency motion to stay the Court's injunctive order [Doc 86] pending appeal. As fully detailed in the accompanying memorandum, a stay is necessary because the balance of equities weighs in favor of a stay. In the alternative, Starbucks requests an extension of the Court's five-day deadline to offer reinstatement of either 14 days or until such date as the U.S. Court of Appeals for the Sixth Circuit rules on the Motion to Stay Pending Appeal that Respondent will file with the Sixth Circuit.

    Respectfully submitted this 21 day of August 2022.

| | |
|---|---|
| Timothy A. Rybacki<br>Tennessee Bar No. 034038<br>trybacki@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Commerce Street, Suite 1450<br>Nashville, Tennessee 37201 | /s/ Arthur T. Carter<br>Arthur T. Carter<br>Texas Bar No. 00792936<br>*pro hac vice granted*<br>atcarter@littler.com<br>LITTLER MENDELSON, P.C. |

Telephone:  615.383.3033  
Facsimile:   615.383.3323

A. John Harper III  
Texas Bar No. 24032392  
*pro hac vice granted*  
ajharper@littler.com  
LITTLER MENDELSON, P.C.  
1301 McKinney Street, Suite 1900  
Houston, Texas 77010  
Telephone:  713.951.9400  
Facsimile:   713.951.9212

2001 Ross Avenue  
Suite 1500, Lock Box 116  
Dallas, Texas 75201-2931  
Telephone:  214.880.8100  
Facsimile:   214.880.0181

Kimberly Doud  
Florida Bar No. 0523771  
*pro hac vice granted*  
kdoud@littler.com  
LITTLER MENDELSON, P.C.  
Elizabeth B. Carter  
Florida Bar No. 1032303  
*pro hac vice granted*  
111 North Orange Avenue, Suite 1750  
Orlando, Florida 23801  
Telephone:  407.393.2900  
Facsimile:   407.393.2929

**ATTORNEYS FOR RESPONDENT STARBUCKS CORPORATION**

## **CERTIFICATE OF CONFERENCE**

I certify that on August 21, 2022, counsel for Respondent conferred by email with counsel for Petitioner regarding this motion. Respondent's counsel informed Petitioner that it would be filing the motion on August 21, 2022 due to the time sensitive nature. Counsel for Respondent did not receive a response prior to filing.

*/s/ Arthur T. Carter*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 21st day of August 2022.

*/s/ Arthur T. Carter*

4853-3809-3866.2 / 055187-1256