Mr. Daniel M. Rosenthal
James & Hoffman
1629 K Street, N.W.
Suite 1050
Washington, DC 20006

Mr. Michael Blair Schoenfeld
Stanford Fagan
2540 Lakewood Avenue, S.W.
Atlanta, GA 30315

Ms. Laura T. Vazquez
National Labor Relations Board
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

      Re: Case No. 22-5730, *M. McKinney v. Starbucks Corporation*
         Originating Case No. : 2:22-cv-02292

Dear Counsel,

  The court today announced its decision in the above-styled case.

  Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

             Yours very truly,

             Deborah S. Hunt, Clerk

             Cathryn Lovely
             Deputy Clerk

cc: Ms. Wendy R. Oliver

Enclosures

Mandate to issue.

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 08, 2023

Ms. Mary Joyce Carlson
James & Hoffman
1629 K Street, N.W.
Suite 1050
Washington, DC 20006

Mr. Arthur T. Carter
Littler Mendelson
2001 Ross Avenue
Suite 1500
Dallas, TX 75201

Ms. Laurie Monahan Duggan
National Labor Relations Board
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

Mr. Michael Paul Ellement
Mr. Ryan Edward Griffin
James & Hoffman
1629 K Street, N.W.
Suite 1050
Washington, DC 20006

Mr. Alfred John Harper III
Littler Mendelson
1301 McKinney Street
Suite 1900
Houston, TX 77010

Mr. Richard J. Lussier
National Labor Relations Board
1015 Half Street, S.E.
4th Floor
Washington, DC 20003