UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5730

M. KATHLEEN MCKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,

    Petitioner - Appellee,

v.

STARBUCKS CORPORATION,

    Respondent - Appellant.

FILED
Aug 08, 2023
DEBORAH S. HUNT, Clerk

Before: SUTTON, Chief Judge; BOGGS and READLER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk