**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 02, 2023

Ms. Wendy R. Oliver
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

Re: Case No. 22-5730, *M. McKinney v. Starbucks Corporation*
Originating Case No. : 2:22-cv-02292

Dear Ms. Oliver,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
For Michelle Lambert

cc: Ms. Mary Joyce Carlson
Mr. Arthur T. Carter
Ms. Laurie Monahan Duggan
Mr. Michael Paul Ellement
Mr. Ryan Edward Griffin
Mr. Alfred John Harper III
Mr. Richard J. Lussier
Mr. Daniel M. Rosenthal
Mr. Michael Blair Schoenfeld
Ms. Laura T. Vazquez

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 22-5730

Filed: October 02, 2023

M. KATHLEEN MCKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD

    Petitioner - Appellee

v.

STARBUCKS CORPORATION

    Respondent - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/08/2023 the mandate for this case hereby issues today.

COSTS: None