IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| M. KATHLEEN McKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>        Petitioner,<br>v.<br><br>STARBUCKS CORPORATION,<br><br>        Respondent. | No. 2:22-cv-2292-SHL-cgc |

**ORDER NOTIFYING PARTIES CASE WILL BE DISMISSED**

On May 10, 2022, M. Kathleen McKinney, Regional Director of Region 15 of the National Labor Relations Board ("Board"), filed a petition on behalf of the Board requesting injunctive relief under § 10(j) of the National Labor Relations Act. (ECF No. 1.) On August 18, 2022, the Court issued its Order Granting in Part Petitioner's Request for a Temporary Injunction ("August 18 Order"). (ECF No. 86.)

On August 21, 2022, Starbucks Corporation ("Starbucks") filed a Notice of Appeal of that order. (ECF No. 87.) The same day, Starbucks filed an Emergency Motion to Stay the Injunction Pending Appeal, which the Court denied. (ECF Nos. 88, 96.) Starbucks then sought a stay of the August 18 Order from the Sixth Circuit Court of Appeals, which also denied that request. (ECF No. 99.)

On August 8, 2023, the Sixth Circuit affirmed the Court's decision in the August 18 Order. (ECF No. 107.) The mandate issued on October 2, 2023.

As no issues appear to remain before the Court, this matter will be closed in fourteen days.  If the Parties intend to seek further relief from the Court, they are **ORDERED** to file a notice to that effect before the case is closed.

**IT IS SO ORDERED**, this 2nd day of October, 2023.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE