# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| M. KATHLEEN McKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　Petitioner,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)　No. 22-cv-02292-SHL-cgc<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition for Temporary Injunction Pursuant to Section 10(j) of the National Labor Relations Act (ECF No. 1), filed May 10, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting in Part Petition for Temporary Injunction (ECF No. 86), judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 17, 2023
Date