

UNITED STATES GOVERNMENT

NATIONAL LABOR RELATIONS BOARD

REGION 15

600 South Maestri Place – 7th Floor

New Orleans, LA 70130-3413

Agency Website: www.nlrb.gov

Telephone: (504)589-6362

Fax: (504) 589-4069

Beauford Pines, Senior Attorney
Direct Dial: (504) 321-9579
Email: beauford.pines@nlrb.gov

October 9, 2024

<u>*Via ECF*</u>
The Honorable Sheryl H. Lipman
United States District Court for the Western District of Tennessee
 Western Division
242 Federal Building
167 N. Main Street
Memphis, TN 38103

Re:  *M. Kathleen McKinney v. Starbucks Corporation*
No. 22-cv-02292-SHL-cgc

Honorable Chief Judge Lipman,

Pursuant to the Court's September 25, 2024, Order Requiring Joint Status Update, the Petitioner and Respondent Starbucks Corporation ("Starbucks") have consulted with one another and submit this Joint Status Letter as directed. Amicus Curiae Workers United ("Workers United") also participated in the discussion with the Parties, and Workers United also concurs with this Joint Status Letter.

As the Parties continue to await a decision by the National Labor Relations Board (the "Board") in the underlying administrative cases, the Respondent remains in compliance with the Court's vacated interim injunctive relief order dated August 18, 2022 (ECF No. 86). The Parties do not currently intend to pursue any further actions in the instant injunction case. As such, it is requested that the instant case be held in abeyance while the Parties await the Board's decision in the underlying administrative cases. The Parties will notify the Court within fourteen days of receiving a final agency adjudication so the Court may close this matter.

Respectively submitted,

*/s/ Beauford Pines*

Beauford Pines
*Counsel for Petitioner*

4865-8008-6509.2 / 055187-2279

cc:

*By email: atcarter@littler.com*
Arthur T. Carter, *Esq*.
Littler Mendelson, P.C.
2001 Ross Avenue
Suite, 1500, Lock Box 116
Dallas, TX 75201-2931
*Counsel for Respondent Starbucks*

*By email: ajharper@littler.com*
A. John Harper, III, *Esq*.
Littler Mendelson, P.C.
1301 McKinney Street
Suite 1900
Houston, TX 77010
*Counsel for Respondent Starbucks*

*By email: trybacki@littler.com*
Timothy A. Rybacki
Tennessee Bar No. 034038
trybacki@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
*Counsel for Respondent Starbucks*

*By email: michaels@sfglawyers.com*
Michael Schoenfeld, Esq.
Stanford Fagan, LLC
2540 Lakewood Ave. SW
Atlanta, GA 30315
*Counsel for Amicus Curiae Workers United*

4865-8008-6509.2 / 055187-2279