

Wendy R. Oliver

*Clerk of Court*

# United States District Court
# Western District of Tennessee

**Federal Building**  
167 North Main Street, Suite 242  
Memphis, Tennessee 38103  

901-495-1200 (Telephone)  
901-495-1250 (Facsimile)  

**Federal Building**  
111 South Highland, Room 262  
Jackson, Tennessee 38301  

731-421-9200 (Telephone)  
731-421-9210 (Facsimile)  

Date: 1/6/2025

NOTICE:   Retrieval of Exhibits in Case Number:   22-2292

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within which to withdraw exhibits in the clerk's custody. In the event the exhibits are not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: 2/06/2025

Your cooperation is appreciated.

Sincerely,  
Wendy R. Oliver  
Clerk of Court  

By: Judy Easley  
Deputy Clerk

# UNITED STATES DISTRICT COURT

**WESTERN** **DISTRICT OF** **TENNESSEE**

M. KATHLENN MCKINNEY, REGIONAL DIRECTOR OF REGION 15 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD

V.

STARBUCKS CORPORATION

## SECOND AMENDED EXHIBIT AND WITNESS LIST

Case Number: 2:22cv2292-SHL

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sheryl H. Lipman | William T. Hearne, Beau Pines, Linda Mohns | Timothy Rybacki, Alfred Harper, Arthur Carter |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/9/2022 - 6/10/2022 | Candace Covey | Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 6/9/2022 | | | **Witness: Cara Nicole Taylor** |
| 1 | | 6/9/2022 | x | x | Corrective Action Form - January 14, 2022 Dress Code Write Up for Taylor |
| 2 | | 6/9/2022 | x | x | Corrective Action Form - January 14, 2022 Conduct Write Up for Taylor |
| 3 | | 6/9/2022 | x | x | Statement of Starbucks Workers United Organizing Committee at Poplar/Highland Store |
| 4 | | 6/9/2022 | x | x | Copy of Text Message |
| 5 | | 6/9/2022 | x | x | Starbucks Sit-In Support Campaign Invite |
| 6 | | 6/9/2022 | x | x | Photo of Starbucks United Button |
| 7 | | 6/9/2022 | x | x | Photo of Pro Union Notes on Community Bulletin Board |
| 8 | | 6/9/2022 | x | x | Photo of Community Bulletin Board |
| 9 | | 6/9/2022 | x | x | Statement of Situation/Termination Letter |
| | 10 | 6/9/2022 | x | x | 2020 Partner Guide |
| | 11 | 6/9/2022 | x | x | Handbook Acknowledgement |
| | 12 | 6/9/2022 | x | x | 2017 Partner Guide |
| x | | 6/9/2022 | | | **Witness: Amy Holden** |
| x | | 6/9/2022 | | | **Witness: Reaghan Hall** |
| 13 | | 6/9/2022 | x | x | February 8, 2022 letter from DM Morton to Partners regarding termination of Memphis 7 |
| 14 | | 6/9/2022 | x | x | February 24 Partner Hub message from Denise Nelson |
| x | | 6/9/2022 | | | **Witness: Luis "Beto" Sanchez** |
| | 15 | 6/9/2022 | x | x | Excerpts of Luis "Beto" Sanchez Personnel File |
| x | | 6/9/2022 | | | **Witness: Anna "Axe" Heiberg** |
| | 16 | 6/9/2022 | x | X | Poplar and Highland Store Layout |
| x | | 6/9/2022 | | | **Witness: Margaret Carter** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| M. KATHLENN MCKINNEY, | | vs. | | STARBUCKS CORPORATION | CASE NO. 2:22cv2292-SHL |

| LF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/10/2022 | | | **Day 2 - Continued with Petitioner's Proof** |
| | 17 | 6/10/2022 | x | x | Joint Stipulation as to Admissibility of Evidence at June 9 and 10 Hearing |
| | 18 | 6/10/2022 | x | x | Deposition of Emma Worrell |
| | 19 | 6/10/2022 | x | x | Deposition of Kylie Throckmorton |
| | 20 | 6/10/2022 | x | x | Deposition of LaKota McGlawn |
| | 21 | 6/10/2022 | x | x | Deposition of Beto Sanchez |
| x | | 6/10/2022 | | | **Witness: Richard Bensinger** |
| 22 | | 6/10/2022 | x | x | U. S. Partner Updates |
| | 23 | 6/10/2022 | x | x | Deposition Exhibits |
| | | 6/10/2022 | | | **Petitioner Rests** |
| | | 6/10/2022 | | | **Respondent's Proof/Sworn Witnesses** |
| | x | 6/10/2022 | | | **Witness: Amandalynn Line** |
| | 24 | 6/10/2022 | x | x | Store 8345 - Memphis, TN |
| | 25 | 6/10/2022 | x | x | SEALED |
| | 26 | 6/10/2022 | x | x | SEALED |
| | 27 | 6/10/2022 | x | x | Starbucks Media Relations/In-Store Interactions Protocol |
| | 28 | 6/10/2022 | x | x | Starbucks Standards of Business Conduct |
| 29 | | 6/10/2022 | x | x | Store 8345 Schedules |
| 30 | | 6/10/2022 | x | x | Email dated January 19, 2022 |
| 31 | | 6/10/2022 | x | x | Email dated February 8, 2022 |
| 32 | | 6/10/2022 | x | x | Copy of Text Messages |
| 33 | | 6/10/2022 | x | x | Copy of Text Messages |
| 34 | | 6/10/2022 | x | x | Copy of Text Messages |
| 35 | | 6/10/2022 | x | x | SEALED |
| 36 | | 6/10/2022 | x | x | Copy of Text Messages |
| | | 6/10/2022 | x | x | Copy of Text Messages |
| x | | 6/10/2022 | | | Cedric Morton |

Page 2 of 3 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | M. KATHLENN MCKINNEY, | | vs. | STARBUCKS CORPORATION | CASE NO. 2:22cv2292-SHL |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 38 | 6/10/2022 | x | x | Corrective Action Form for Aiden Harris | |
| | 39 | 6/10/2022 | x | x | Statement of Situation for Emma Worrell | |
| | 40 | 6/10/2022 | x | x | Statement of Situation/Termination Letter for Nabretta Hardin | |
| | 41 | 6/10/2022 | x | x | Statement of Situation/Termination Letter for Florentino Escobar | |
| | 42 | 6/10/2022 | x | x | Statement of Situation/Termination Letter for Lakota McGlawn | |
| | 43 | 6/10/2022 | x | x | Statement of Situation/Termination Letter for Kylie Throckmorton | |
| | 44 | 6/10/2022 | x | x | Statement of Situation/Termination Letter for Luis Beto Sanchez | |
| | 45 | 6/10/2022 | x | x | Photo of We Stand With Memphis - Starbucks Workers United- Pin | |
| | 46 | 6/10/2022 | x | x | Copy of Email dated January 12, 2022 | |
| 47 | | 6/10/2022 | x | x | Investigation Notes by Kimberly Harris | |
| 48 | | 6/10/2022 | x | x | Copy of Text Messages | |
| | x | 6/10/2022 | | | Kimberly Harris | |
| | 49 | 6/10/2022 | x | x | Kimberly Harris' Investigative Notes | |
| | 50 | 6/10/2022 | x | x | Dear Kevin Johnson Letters (Collective) | |
| | 51 | 6/10/2022 | x | x | Spreadsheets | |
| | 52 | 6/10/2022 | x | x | Representation Petitions | |
| | 53 | 6/10/2022 | x | x | Acknowledgement of Partner Guides (Collective) | |
| | x | 6/10/2022 | | | Steve Fox | |
| | 54 | 6/10/2022 | x | x | 3 Notices of Separation (Collective) | |
| | 55 | 6/10/2022 | x | x | CD or Thumb Drive of Videos (to be provided) | |
| | 56 | 6/22/2022 | x | x | Workers United's Information Request and Request for Bargaining | |

Page 3 of 3 Pages